Thomas C. Tagliarini (State Bar No. 104949)
**LAW OFFICES OF THOMAS C. TAGLIARINI**
2200 Powell Street, Suite 1125
Oakland, California 94608
Telephone: (510) 444-0692
Facsimile: (510) 900-9381
e-mail: Tom@Tagliarinilaw.com

Attorney for Plaintiff,
HARTFORD ACCIDENT & INDEMNITY COMPANY
And for Complainant in Intervention
SHERYL A. BASA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD ACCIDENT & INDEMNITY COMPANY, | Case No. 2:16-CV-02513-MCE-DB |
| Plaintiff, | Sacramento County Superior Court Case No.: 34-2016-00192504 |
| v. | |
| TARGET CORPORATION., a Minesota Corporation and DOES 1 through 50, inclusive. | DECLARATION OF THOMAS C. TAGLIARINI IN SUPPORT OF REQUEST TO WITHDRAW MOTION TO REMAND AND REQUEST TO VACATE HEARING DATE |
| Defendants. | [28 USC § 1446 ] |
| SHERYL A. BASA | |
| Complainant in Intervention | DATE:  March 23, 2017 TIME:  2:00 p.m. DEPT: 7,  Hon. Morrison C. England, Jr. |

**DECLARATION OF THOMAS C. TAGLIARINI**

I, Thomas C. Tagliarini am an attorney at law duly authorized to practice law before all courts of the State of California.  I am the attorney of record for Plaintiff, herein, HARTFORD ACCIDENT & INDEMNITY COMPANY (hereinafter, HARTFORD)   As such, I have personal knowledge of the following facts:

DECLARATION OF THOMAS C. TAGLIARINI IN SUPPORT OF REQUEST TO WITHDRAW MOTION TO REMAND ACTION

1

1.     On April 4, 2016, HARTFORD filed a Complaint for Benefits against TARGET wherein HARTFORD seeks to recover the Workers' Compensation benefits it paid to Ms. SHERYL A. BASA (hereinafter, BASA) an employee of HARTFORD insured, Kidscare DPM, LLC.   HARTFORD alleges BASA was injured in the course and scope of her employment as a direct and proximate consequence of the negligence of TARGET.   As the Workers' Compensation insurance carrier for BASA's employer, HARTFORD benefits to BASA and paid medical bills on behalf of BASA.

2.     The action was filed in Sacramento County Superior Court because the accident occurred at a TARGET store in Sacramento County.  TARGET filed its Answer to the Complaint on May 5, 2016.

3.     On July 25, 2016 the injured worker, BASA sought to intervene in the litigation and she served TARGET with an Application for Leave to Intervene.  Sacramento County Superior Court filed the Application of Leave to Intervene on July 27, 2016.  Thereafter, Sacramento County Superior Court filed the Complaint in Intervention on August 15, 2016.

4.     On September 14, 2016 Sacramento County Superior Court executed and filed an Order granting leave to intervene.  For some inexplicable reason, the Order granting leave to intervene was executed and filed one month after the Complaint in Intervention had already been filed by the Court.

5.     On October 18, 2016 Defendant, TARGET CORPORATION (hereinafter, TARGET) served its Notice of Removal of the above captioned action to this Court based upon a claim of diversity jurisdiction.

6.     On or about October 27, 2016 TARGET filed an Amended Notice of Removal of the Action wherein it made identical claims of diversity as had been made in its initial Notice of Removal.

7.     On or about November 14, 2016 I, as counsel for Plaintiff, HARTFORD, filed a Motion to Remand this action back to Sacramento County Superior Court based upon my understanding that diversity did not exist because it appeared Defendant, TARGET's principal place of business was California, not

Minnesota.

8.     After having review the Opposition Brief filed by Defendant, TARGET, I have concluded that diversity does, in fact, exist and that this case had been properly removed.  Therefore, I request that the Motion to Remand be withdrawn and that the hearing of this motion be vacated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  I could testify competently to the foregoing if called as a witness to do so.  Executed this 16th day of March, 2017 in Emeryville, California.

_____
Thomas C. Tagliarini
Attorney for Plaintiff HARTFORD ACCIDENT & INDEMNITY CO.
and for Plaintiff, SHERYL A. BASA
HARTFORD ACCIDENT & INDEMNITY COMPANY

Thomas C. Tagliarini (State Bar No. 104949)
**LAW OFFICES OF THOMAS C. TAGLIARINI**
2200 Powell Street, Suite 1125
Oakland, California 94608
Telephone: (510) 444-0692
Facsimile: (510) 900-9381
e-mail: Tom@Tagliarinilaw.com

Attorney for Plaintiff,
HARTFORD ACCIDENT & INDEMNITY COMPANY
And for Complainant in Intervention
SHERYL A. BASA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD ACCIDENT & INDEMNITY COMPANY, | Case No. 2:16-CV-02513-MCE-DB |
| Plaintiff, | Sacramento County Superior Court Case No.: 34-2016-00192504 |
| v. | |
| TARGET CORPORATION., a Minesota Corporation and DOES 1 through 50, inclusive. | ORDER GRANTING REQUEST TO WITHDRAW MOTION TO REMAND ACTION AND ORDER VACATING THE HEARING DATE OF THE MOTION |
| Defendants. / | [28 USC § 1446 (b)(1), (2)(B), (3), (c)(1)] |
| SHERYL A. BASA | DATE:  March 23, 2017 |
| Complainant in Intervention / | TIME:  2:00 p.m. DEPT:  7,  Hon. Morrision C. England, Jr. |

The motion of Plaintiff, HARTFORD ACCIDENT & INDEMNITY COMPANY to remand the above captioned action back to Sacramento County Superior Court was filed on or about November 14, 2016.  The hearing of the motion is scheduled to occur at 2:00 p.m. on March 23, 2017.

1    Thereafter, Thomas C. Tagliarini, Esq., as counsel for moving party, HARTFORD ACCIDENT &

2  INDEMNITY COMPANY, filed a Declaration requesting the Motion to Remand be withdrawn and the

3  hearing date vacated.  ECF No. 19.

4    After having read and considered the Declaration of Thomas C. Tagliarini and good cause appearing

5  therefore, it is hereby ordered that Plaintiff's request to withdraw the Motion to Remand, ECF No. 19, is

6  GRANTED.  Plaintiff's motion, ECF No. 13, is hereby WITHDRAWN.

7    It is further ordered that the hearing date of the Motion to Remand, ECF No. 13, which is scheduled

8  for 2:00 p.m. on March 23, 2017, is VACATED.

9    IT IS SO ORDERED.

10

11  Dated:  March 17, 2017

12

13                                                          MORRISON C. ENGLAND, JR
                                                            UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL (CCP SECTIONS 10113(a) - 2015.5)**

I am employed in the county of Alameda, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2200 Powell Street, Suite 1125, Emerville, California 94612.

On March 16, 2017, I served the attached:

DECLARATION OF THOMAS C. TAGLIARINI IN SUPPORT OF REQUEST TO WITHDRAW MOTION TO REMAND AND REQUEST TO VACATE HEARING DATE; [PROPOSED] ORDER GRANTING REQUEST TO WITHDRAW MOTION TO REMAND AND ORDER VACATING HEARING DATE

on the parties to said matter e-filing a true copy of the documents identified above as follows:

Michael R. Mordaunt
Lori A. Reihl
RIGGIO, MORDAUNT & KELLY
2509 West March Lane, Suite 200
Stockton, California 95207

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Oakland, California, March 16, 2017.

_____
                    Thomas C. Tagliarini