Michael R. Mordaunt, Esq., Bar No. 66911
Richard J. Sordello, Jr., Esq., Bar No. 155068
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD ACCIDENT & INDEMNITY CO.<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1 through 50, inclusive.<br><br>Defendant(s).<br><br>SHERYL A. BASA,<br><br>Complainant in Intervention. | Case No. 2:16-cv-02513-MCE-DB<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES, AND ORDER** |

WHEREAS the parties agree that a continuance of the dates concerning disclosure of expert witnesses is in their mutual interest to allow additional time for the completion of additional depositions in this matter necessary for retained expert witnesses to provide a complete report for expert disclosures and to allow time for the parties to pursue settlement discussions,

IT IS HEREBY STIPULATED AND AGREED that mutual disclosure of expert witnesses and exchange of expert reports shall take place on or before January 5, 2018, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place on or before February 5, 2018. All other dates in the court's Scheduling Order shall remain in effect.

| | |
|---|---|
| Dated: December 14, 2017 | LAW OFFICES OF THOMAS C. TAGLIARINI<br><br>By: /s/ Thomas C. Tagliarini<br>Thomas C. Tagliarini, Esq.<br>Attorney for Plaintiff<br><br>Plaintiff Hartford Accident & Indemnity Co. and Complainant in Intervention Sheryl A. Basa |
| Dated: December 14, 2017 | RIGGIO MORDAUNT & KELLY<br><br>By: /s/ Richard A. Sordello<br>Richard A. Sordello, Esq.<br>Attorneys for Defendant<br>TARGET CORPORATION |

**ORDER**

Good cause having been shown, it is hereby ordered that the Court's Scheduling Order is modified as follows: Mutual disclosure of expert witnesses and exchange of expert reports shall take place not later than January 5, 2018, and the mutual disclosure of rebuttal expert witnesses and exchange of reports shall take place not later than February 5, 2018. All other dates in the Court's Scheduling Order shall remain in effect.

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE